## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| UNDREA CARNELLE SCOTT | CIVIL ACTION NO. 05-0237-M |
| VS. | SECTION P |
| UNION PARISH DETENTION CENTER | JUDGE JAMES |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation filed in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITHOUT PREJUDICE,** for failing to exhaust available administrative remedies prior to the filing of suit as mandated by 42 U.S.C. §1997e. Plaintiff may re-file this lawsuit, if necessary, once all administrative remedies are exhausted.

**THUS DONE AND SIGNED,** in Chambers, in Monroe, Louisiana, on this the 22nd day of August, 2005.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE